SAND, J

582-06/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EAGLESTAR MARITIME INC.
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax
Eric E. Lenck (EL 4547)
Lawrence J. Kahn (LK 5215)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EAGLESTAR MARITIME INC.,

                Plaintiff,

   -against-

STENA BULK S.A.,

                Defendant.
------------------------------------------------------------x

06 CIV 15309 (LBS)

NOTICE OF VOLUNTARY
DISMISSAL

      The above matter having been settled, it is hereby discontinued pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 30, 2007

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff EAGLESTAR MARITIME INC.

      By: _____
            Eric E. Lenck (EL 4547)
            80 Pine Street
            New York, NY 10005
            (212) 425-1900

SO ORDERED:
_____
U.S.D.J.
12/3/07

NYDOCS1/294734.1